**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000717
22-APR-2022
08:08 AM
Dkt. 14 OAWST**

NO. CAAP-21-0000717

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
YOUNGHUN BAIK, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-19-01614)

ORDER APPROVING STIPULATION TO DISMISS
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed April 14, 2022, by Defendant-Appellant Younghun Baik (Baik), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), attached to the stipulation is Baik's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c), and there are no outstanding fees or costs due.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 22, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge